**BOARD OF EDUCATION FERGUSON INDEPENDENT GRADED SCHOOL DISTRICT OF LURETHA, Ky., Movant, v. Gertrude HALL, Opposed.**

Court of Appeals of Kentucky.

Oct. 22, 1940.

Motion to Set Aside Order Denied Nov. 26, 1940.

B. J. Bethurum for movant.

Kennedy & Kennedy, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Otha E. MORAN, Movant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Opposed.**

Court of Appeals of Kentucky.

Nov. 22, 1940.

Thompson & Walden for movant.

Bruce & Bullitt and Eugene B. Cochran, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**O. E. MORAN, Movant, v. NEW YORK LIFE INSURANCE COMPANY, Opposed.**

Court of Appeals of Kentucky.

Nov. 22, 1940.

Thompson & Walden for movant.

Bruce & Bullitt and Eugene B. Cochran, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.